FILED & ENTERED

DEC 20 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GARY MOLL,<br><br>　　　　　　　　　　　　Debtor. | No. 2:15-bk-28128-RK<br><br>Chapter 7<br><br>Adv. No. 2:16-ap-01057-RK<br><br>**JUDGMENT ON PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DISCHARGEABILITY: 11 U.S.C. §§ 523(a)(2), 523(a)(4), 523(a)(6)** |
| GARY SALZMAN,<br>　　　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>LISA WATSON, as Executor of the Estate of Gary E. Moll, Deceased,<br><br>　　　　　　　　　　　　Defendant. | |

　　For the reasons set forth in the Memorandum Decision on Plaintiff's First Amended Complaint For Dischargeability: 11 U.S.C. §§ 523(a)(2), 523(a)(4), 523(a)(6) (the "Memorandum Decision") being filed and entered concurrently herewith, judgment is hereby entered that Plaintiff's First Amended Complaint for Dischargeability: 11

///

-1-

1 | U.S.C. §§ 523(a)(2), 523(a)(4), 523(a)(6), and this adversary proceeding are DENIED
2 | and DISMISSED WITH PREJUDICE.
3 |     IT IS SO ORDERED.
4 | ###

Date: December 20, 2019

Robert Kwan
United States Bankruptcy Judge